03-15-00307-CR

FILED
*August 11, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

**COURT OF APPEALS**
**3RD DISTRICT**
**(AUSTIN, TEXAS)**

| | | |
|---|---|---|
| RANDY ATES, | § | |
| APPELLANT PROSE, | § | |
| v. | § | CAUSE NO. DIDC06-302099 |
| | § | |
| THE STATE OF TEXAS | § | |

**MOTION TO ABATE APPEAL**
**(pursuant to Rule 44.4 T.R.A.P.)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes Now, RANDY ATES, to file his Motion to Abate his appeal in order to obtain a complete record and properly present and perfect his appeal and in support of said motion would show as follows:

## I.

Texas Rules of Appellate Procedure; Rule 44.4 requires the Court of Appeals to remand the appeal back to the trial court, if the Appellant claims that the Clerk's Record is incomplete.

In this case Appellant needs a copy of the list of items marked into evidence that are biological in nature including but not limited to hair samples, saliva, articles of clothing, any S.A.N.E. test or reports, etc. that could be exculpatory in nature.

## II.

Appellant, also seeks to abate the appeal in order to file his Motion for a New Trial based upon ineffective assistance of defense counsel and/or appellate counsel; Rule 21.3 of T.R.A.P. procedure permits the appellate courts to abate the appeal for a new trial in conjunction with § 40.001 of the Code of Criminal Procedure.



RECEIVED
AUG 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## PRAYER

WHEREFORE, Premises considered the Appellant prays this Court will grant this Motion to Abate to prove his innocence, pursuant to Rule 21.3 of T.R.A.P. and § 40.001 of T.C.C.P. And any remedy that he is entitled to in equity and in law.

Respectfully Submitted,

/S/

Randy Ates #1578210
Nathaniel J. Neal Unit
9055 Spur 591
Amarillo, Texas 79107

Mail Box Rule :

Dated : August 3, 2015

[2]

Randy Ates #1578210
Neal Unit
9055 Spur 591
Amarillo, TX. 79107

Court Of Appeals
Third District
P.O. Box 12547
Austin, TX. 78711 - 2547

LEGAL MAIL